


UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, a California non-profit mutual benefit corporation,

    Plaintiff-counter-defendant - Appellant,

v.

MELLON BANK (DE) NATIONAL ASSOCIATION, a national banking association,

    Defendant-counter-claimant - Appellee.

No. 04-55187

D.C. No. CV-97-06785-SJO
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorney's fees on appeal.

This case is REMANDED to the district court. The mandate shall issue forthwith.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

A TRUE COPY
ATTEST     OCT - 1 2004
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court.

DOCKETED ON CM
OCT - 6 2004
BY _____ 030

342