SEND

FILED
NOV 29 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| AUTO CLUB OF SOUTHERN CALIFORNIA      PLAINTIFF(S), <br> v. <br> MELLON BANK (DE) NATIONAL ASSOCIATION      DEFENDANT(S), | CASE NUMBER <br> CV97-6785 SJO(BQRx) <br><br> NOTICE OF CLERICAL ERROR <br> (Non-E-filed Document(s)) |
|---|---|

TO:   U. S. District Judge(s)
      U. S. Magistrate Judge(s)
      Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below

Title of Scanned Document: _____

Filed Date: _____   Document Number: _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: THE RULING ON MOTION SHOULD NOT GET A DOCUMENT NUMBER. THIS ENTRY GENERATED DOCUMENT #344 IN ERROR.

DOCKETED ON CM
NOV 29 2004
BY _____ 013

CLERK, U.S. DISTRICT COURT

Date 11/29/04       by Eleanor Lopez
                    Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (09/04)       NOTICE OF CLERICAL ERROR
                   (NON E-FILED DOCUMENT(S))

345

ORIGINAL

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 2 9 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MELLON BANK (DE) NATIONAL ASSOCIATION, a national banking association, and DOES 1 through 20, inclusive,<br><br>Defendant(s),<br><br>AND RELATED COUNTER CLAIM(S). | NO. CV 97-6785 SJO (BQRx)<br><br>ORDER RE JOINT MOTION FOR (1) VACATUR OF JUDGMENT AND (2) DEPUBLICATION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW |

On December 22, 2003, this court issued an Opinion and Order, *Auto. Club v. Mellon Bank (DE) N.A.*, 299 F. Supp. 2d 1032, 1036 (C.D. Cal. 2003). The court determined, *inter alia*, "that [Automobile Club of Southern California] ACSC shall not recover on any of its claims and that Judgment be entered in favor of Defendant Mellon Bank (DE) National Association and against Plaintiff Automobile Club of Southern California on the complaint." *Auto. Club v. Mellon Bank (DE) N.A.*, 299 F. Supp. 2d 1032, 1037 (C.D. Cal. 2003). Furthermore, in the same Opinion and Order, it was adjudged "that Counter Claimant and Defendant Mellon Bank (DE) National Association have Judgment against Counter Defendant Automobile Club of Southern California