1  Diann H. Kim (Cal. Bar No. 118742)
   Wendy O. Clendening (Cal. Bar. No. 180175)
2  **OVERLAND BORENSTEIN SCHEPER & KIM LLP**
   300 South Grand Avenue, Suite 2750
3  Los Angeles, California 90071
   Telephone: 213-613-4655
4  Facsimile: 213-613-4656

5  Attorneys for Plaintiff and Counterdefendant
   AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA
6

7  Frederick L. McKnight (Cal. Bar. No. 55183)
   Eugenia Castruccio Salamon (Cal. Bar No. 183941)
8  **JONES DAY**
   555 West Fifth Street, Suite 4600
9  Los Angeles, California 90013-1025
   Telephone: 213-489-3939
10 Facsimile: 213-243-2539

11 Attorneys for Defendant and Counterplaintiff
   MELLON BANK (DE) NATIONAL ASSOCIATION
12

                    UNITED STATES DISTRICT COURT
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
                            WESTERN DIVISION

| | |
|---|---|
| AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, a California non-profit mutual benefit corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>MELLON BANK (DE) NATIONAL ASSOCIATION, a National Banking Association,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-97-6785-SJO<br><br>**STIPULATION FOR DISMISSAL OF AMENDED COMPLAINT AND COUNTERCLAIM; [PROPOSED] ORDER** |

ORIGINAL

Plaintiff and Counterdefendant the Automobile Club of Southern California ( the "Auto Club") and Defendant and Counterplaintiff Mellon Bank (DE) National Association ("Mellon"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. All claims set forth in the Auto Club's original and amended Complaints against Mellon in this action are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. All counterclaims of Mellon against the Auto Club in this action are dismissed with prejudice pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

SO STIPULATED.

Dated: December 10, 2004

OVERLAND BORENSTEIN
SCHEPER & KIM LLP
Diann H. Kim
Wendy O. Clendening

By: _____
    Diann H. Kim

Attorneys for Plaintiff and Counterdefendant
AUTOMOBILE CLUB OF SOUTHERN
CALIFORNIA

Dated: December 10, 2004

JONES DAY
Frederick L. McKnight
Eugenia Castruccio Salamon

By: _____
    Frederick L. McKnight

Attorneys for Defendant and
Counterplaintiff
MELLON BANK (DE) NATIONAL
ASSOCIATION

-2-

## ORDER

The Court, having considered the stipulation of the parties, ORDERS that:

1. All claims set forth in the Auto Club's original and amended Complaints against Mellon in this action are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. All counterclaims of Mellon against the Auto Club in this action are dismissed with prejudice pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 12/15/04         By: _____
                              Hon. S. James Otero
                              United States District Judge

| | |
|---|---|
| 1 | PROOF OF SERVICE |

STATE OF CALIFORNIA ) 
                            ) ss
COUNTY OF LOS ANGELES ) 

       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Overland Borenstein Scheper & Kim LLP, 300 S. Grand Ave., Suite 2750, Los Angeles, CA 90071-3144. On December 10, 2004, I served the within documents:

**STIPULATION FOR DISMISSAL OF AMENDED COMPLAINT AND COUNTERCLAIM; [PROPOSED] ORDER**

       I sent such document from facsimile machine 213-613-4656 on December 10, 2004. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the party(ies) listed below.

Frederick L. McKnight, Esq.
Eugenia Castruccio Salamon
Jones Day
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013-1025

       I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

       I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

       Executed on December 10, 2004, at Los Angeles, California.

_____
Fran Riveira